# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF IOWA
# DAVENPORT DIVISION

RECEIVED MAR 12 2010 CLERK U.S. DISTRICT COURT SOUTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| AMANDA STOCKSTELL, | * | CIVIL NO. 3:08-CV-00077-TJS |
| Plaintiff, | * | |
| v. | * | **VERDICT FORM** |
| JERRY DUNBAR, RANDY TINNES, WASHINGTON COUNTY, | * | |
| Defendants. | * | |

**NOTE: Complete this form by writing in the name required by your verdict for Questions 1, 2 and 3 below.**

**QUESTION NO. 1**: On plaintiff Amanda Stockstell's claim against Randy Tinnes, as submitted in Final Instruction No. 6, we find in favor of

_____       or       _Defendant Randy Tinnes_
Plaintiff Amanda Stockstell             Defendant Randy Tinnes

**QUESTION NO. 2**: On plaintiff Amanda Stockstell's claim against Jerry Dunbar, as submitted in Final Instruction No. 7, we find in favor of

_____       or       _Defendant Jerry Dunbar_
Plaintiff Amanda Stockstell             Defendant Jerry Dunbar

**QUESTION NO. 3**: On plaintiff Amanda Stockstell's claim against Washington County, as submitted in Final Instruction No. 12, we find in favor of

_____       or       _Defendant Washington County_
Plaintiff Amanda Stockstell             Defendant Washington County

**NOTE: Answer the following question only if one or more of the above findings is in favor of plaintiff. If all the above findings are in favor of defendants, answer no further questions. Instead, please date and sign the form and inform the Court Security Officer that you have completed your deliberations.**

We find plaintiff Amanda Stockstell's damages to be:

a. Medical Bills          $ _____ (stating the amount, if any)

b. Past Emotional Harm    $ _____ (stating the amount, if any)

c. Future Emotional Harm  $ _____ (stating the amount, if any)

d. Physical Injuries      $ _____ (stating the amount, if any)

**Please date and sign the form and inform the Court Security Officer that you have completed your deliberations.**

Dated this 12th day of March, 2010.

/s/ FOREPERSON                              /s/ JUROR

/s/ JUROR                                   /s/ JUROR

/s/ JUROR                                   /s/ JUROR

/s/ JUROR                                   /s/ JUROR